IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


KATHY J. GRAY,                 )
                               )
        Plaintiff,             )
                               )       CIVIL ACTION NO.
        v.                     )       2:17cv141-MHT
                               )          (WO)
GREAT LAKES and DEPARTMENT     )
OF EDUCATION,                  )
                               )
        Defendants.            )


                            OPINION

    Plaintiff filed this lawsuit seeking relief from a

student-loan debt that she contends she did not

knowingly take on.  This lawsuit is now before the

court on the recommendation of the United States

Magistrate Judge that plaintiff's case be dismissed for

failure to prosecute and abide by the orders of the

court.  Plaintiff has filed objections to the

recommendation.  After an independent and de novo

review of the record, the court concludes that the

objections         should       be        overruled        and

the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of June, 2017.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE